# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  ANDREW JOSEPH TRACEY
        LYNN MARIE TRACEY
        31685 HAUTE CT.
        WINCHESTER, CA 92596

IN THE MATTER OF:
ANDREW JOSEPH TRACEY
31685 HAUTE CT.
WINCHESTER, CA 92596

DATE: 9/28/2011
Case No. 6:11-bk-24261-MJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| 04 | CAPITAL ONE BANK (US | $4,269.00 | $4,315.48 | 8317 7810 | U | 1 |
| 06 | BACK BOWL I LLC | $2,761.00 | $2,804.59 | 0104 | U | 2 |
| 05 | CANDICA, LLC | $656.00 | $663.84 | 2956 | U | 3 |
|  | CPU/CITI - CONOCO PH | $1,475.00 | NOT FILED | 4741 | U | 4 |
| 07 | CREDIT FIRST NA | $965.00 | $903.68 | 1624 | U | 5 |
| 01 | DISCOVER BANK | $12,124.00 | $12,124.70 | 8983 | U | 6 |
|  | Exxmblciti | $1,466.00 | NOT FILED | 7767 | U | 7 |
| 08 | PORTFOLIO RECOVERY A | $2,915.00 | $2,915.04 | 5324 | U | 8 |
| 09 | PORTFOLIO RECOVERY A | $162.00 | $162.00 | 4397 | U | 9 |
|  | MONTEREY COLLECTIONS | $3,311.00 | NOT FILED | 7441 | U | 10 |
|  | Sears/cbsd | $2,101.00 | NOT FILED | 4710 | U | 11 |
|  | Texaco / Citibank | $2,775.00 | NOT FILED | 0718 | U | 12 |
| 10 | VERIZON CALIFORNIA | $84.00 | $83.84 | 1118 | U | 13 |
|  | BAC HOME LOANS SERVI | $211,279.00 | PAID OUTSIDE | 77740811 | S | 14 |
| 02 | GREEN TREE SERVICING | $88,297.00 | $90,798.36 | 7258 | U | 15 |
|  | DUTCH VILLAGE MASTER | NOT SCHEDULED | $0.00 | FV3031131 | S | 16 |
|  | DUTCH VILLAGE MASTER | NOT SCHEDULED | PAID OUTSIDE | FV3031131 | S | 16 |
|  | FRENCH VALLEY THREE | NOT SCHEDULED | $0.00 | 1031036 | S | 17 |
|  | FRENCH VALLEY THREE | NOT SCHEDULED | PAID OUTSIDE | 1031036 | S | 17 |
| 03 | VW CREDIT | $11,898.00 | PAID OUTSIDE | 5254 | S | 18 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
Rod Danielson, Chapter 13 Trustee

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:11-bk-24261-MJ**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:  9/28/2011

/s/
PAULETTE ROSELI

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 9/28/2011 at Riverside, California.

/s/
PAULETTE ROSELI

ANDREW JOSEPH TRACEY
31685 HAUTE CT.
WINCHESTER, CA  92596

DOAN LAW FIRM LLP
635 CAMINO DE LOS MARES
SUITE 100
SAN CLEMENTE, CA  92672